JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL BERRY, | Action No. C-08-01779-MCE-EFB |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| CITY OF FAIRFIELD, a municipal corporation; KENTON RAINEY, in his capacity as Chief of Police for CITY OF FAIRFIELD; STEVE TROJANOWSKI, individually, and in his capacity as a police officer for CITY OF FAIRFIELD; ALEX VALDEZ, individually, and in his capacity as a police officer for CITY OF FAIRFIELD; and, DOES 1-25, inclusive, | |
| Defendants. / | |

Plaintiff, CARL BERRY, by and through his attorneys of record in this action, hereby notifies the Court, that all parties to this action, by and through their respective counsel,

have agreed to a Settlement, at the Mediation Conference that was held in this action, on 1-23-09.

Respectfully submitted,

LAW OFFICES OF GAYLA B. LIBET

Dated: February 16, 2009          By: /s/ Gayla B. Libet
                                  GAYLA B. LIBET, Esq.
                                  Attorney for Plaintiff

NOTICE OF SETTLEMENT