JOHN L. BURRIS, Esq./ SB # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

GAYLA B. LIBET, Esq./ SB # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324

Attorneys for Plaintiff

KIMBERLY E. COLWELL, Esq./ SB # 127604
KEVIN E. GILBERT, Esq./ SB # 209236
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CARL BERRY,

    Plaintiff,

vs.

CITY OF FAIRFIELD, a municipal corporation;
KENTON RAINEY, in his capacity as Chief of
Police for CITY OF FAIRFIELD; STEVE
TROJANOWSKI, individually, and in his
capacity as a police officer for CITY OF FAIRFIELD;
ALEX VALDEZ, individually, and in his capacity as
a police officer for CITY OF FAIRFIELD; and,
DOES 1-25, inclusive,

    Defendants.

Action No. C-08-01779-MCE-EFB

STIPULATION AND ORDER
FOR DISMISSAL OF ACTION

## STIPULATION

All parties hereby stipulate and agree, by and through their respective counsel, as follows:

1. That plaintiff dismiss this action with prejudice.

STIPULATION AND ORDER FOR DISMISSAL OF ACTION   1

LAW OFFICES OF GAYLA B. LIBET

Dated: 3-2-09   By: *Gayla B. Libet*
GAYLA B. LIBET, Esq.
Attorneys for Plaintiff

LAW OFFICES OF JOHN L. BURRIS

Dated: 3/2/09   By: *John L. Burris*
JOHN L. BURRIS, Esq.
Attorneys for Plaintiff

MEYERS, NAVE, RIBACK, SILVER & WILSON

Dated: 3-3-09   By: *Kimberly E. Colwell*
KIMBERLY E. COLWELL, Esq.
Attorneys for Defendants

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____   _____
HONORABLE MORRISON C. ENGLAND, JR.
United States District Court Judge

STIPULATION AND ORDER FOR DISMISSAL OF ACTION                2