UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CARL BERRY,  No. 2:08-cv-01779-MCE-EFB

    Plaintiff,

  v.  ORDER

CITY OF FAIRFIELD, et al.,

    Defendants.

----oo0oo----

Pursuant to the parties' Stipulation filed March 4, 2009, this action is hereby dismissed with prejudice. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: March 17, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1